Mitchell J. Alster, Plaintiff-Appellant, v. Illinois Society of Professional Engineers, Inc., Chester Cole, Defendants-Appellees.

Gen. No. 10,579.

Fourth District.

March 11, 1965.

Rehearing denied April 13, 1965.

Mitchell J. Alster, pro se, of Chicago, appellant; Johnson, Colmar, De Pree, La Varre & Fitzgerald, of Chicago (Howard J. De Pree, of counsel), for appellees. Opinion by JUSTICE TRAPP. Not to be published in full.